UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

CHRISTINA LYNN LLOYD
SSN: xxx-xx-3710
Debtor

CASE NUMBER:   06-30038
CHAPTER 13

## NOTICE TO ALLEN COLLECTIONS THAT $1.30 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT   IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Allen Collections, creditor herein, and deposits $1.30 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Allen Collections was:

   4001 South Wayne Avenue
   Fort Wayne, IN 46807

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with ""Not Deliverable as Addressed" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. That this case was dismissed April 21, 2010 and is closed.

5. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   August 18, 2010

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on    August 18, 2010

By U.S. Mail postage prepaid
Debtor: Christina Lynn Lloyd, 851 Park Road, Rochester, IN 46975
Creditor:  Allen Collections, 4001 South Wayne Ave., Fort Wayne, IN 46807

By electronic mail via CM/ECF:
Debtor's Attorney: Brad A. Woolley
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King